1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11
Myrna Johnson,

12
          Plaintiff(s),

13
   v.

14
Temple-Inland Long Term Disability Plan and
Life Insurance Company of North America,

15
          Defendant(s). _____ /

No.   CV08-03478

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

16

17
    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18
      The undersigned party hereby declines to consent to the assignment of this case to a United

19
States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20
a United States District Judge.

21
               Wilson, Elser, Moskowitz, Edelman & Dicker LLP

22
Dated: August 29, 2008 _____

        */s/ Charan M. Higbee*

23
              Defendant Life Insurance
Counsel for  Company of North America _____

24
25
26
27
28

NDC-06