UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA JOHNSON, | No. C 08-03478 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |
|   v. | |
| TEMPLE-INLAND LONG TERM DISABILITY PLAN, | |
|     Defendant(s). | |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, December 1, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                Richard W. Wieking
                                                Clerk, U.S. District Court

Dated:  September 2, 2008                    Anthony Bowser, Deputy Clerk to the
                                                Honorable Marilyn Hall Patel
                                                       (415) 522-3140

*United States District Court*
*For the Northern District of California*