```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    CHARAN M. HIGBEE (SBN 148293)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Tel: (415) 433-0990 / Fax: (415) 434-1370

 5  Attorneys for Defendants
    TEMPLE-INLAND GROUP DISABILITY
 6  PLAN and LIFE INSURANCE COMPANY
    OF NORTH AMERICA
 7

 8  STEVEN M. CHABRE (SBN 173271)
    THE LAW OFFICE OF STEVEN M. CHABRE
 9  1335 Park Avenue
    Alameda, CA  94501
10  Tel: (510) 749-1440 / Fax: (510) 749-0466

11  Attorney for Plaintiff
    MYRNA JOHNSON
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEMPLE-INLAND LONG TERM<br>DISABILITY PLAN and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA,<br><br>　　　　Defendants. | Case No.:    CV08-03478 MHP<br><br>**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS AND TO EXTEND BRIEFING SCHEDULE RE STANDARD OF REVIEW; AND [PROPOSED] ORDER THEREON**<br><br>Courtroom: 15<br>Floor: 18<br><br>Honorable Marilyn H. Patel |

**IT IS HEREBY STIPULATED**, by and between plaintiff MYRNA JOHNSON, defendant TEMPLE-INLAND GROUP DISABILITY PLAN and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their attorneys of record, as follows:

---

1

STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS, ETC. AND [PROPOSED] ORDER
USDC NDCA Case #CV08-03478 MHP
413540.1

1. The parties previously stipulated to participate in Mediation pursuant to ADR L.R. 6;

2. The Mediation was ordered to be completed by January 23, 2009;

3. The mediator assigned to this case is Michael J. Loeb;

4. The Mediator only had one available date for mediation before January 23, 2009 and this date was not available for all parties and their counsel;

5. The parties and the mediator have scheduled the mediation for February 26, 2009;

6. The deadline to complete the ADR process in this case shall be continued to February 27, 2009;

7. In order to facilitate settlement and to avoid incurring unnecessary litigation costs, the briefing schedule for the standard of review shall be continued;

8. The current date to file the Motion regarding the standard of review is February 2, 2009 and this date shall be continued to March 9, 2009;

9. The current date to file the Opposition regarding the standard of review is February 16, 2009 and this date shall be continued to March 23, 2009;

10. The current date to file the Reply Brief regarding the standard of review is February 23, 2009 and this date shall be continued to March 30, 2009;

11. The current date for the hearing on the Motion re Standard of Review is March 2, 2009 and the hearing shall be continued to April 6, 2009 at 2:00 p.m.; and

12. The parties agree that defendants shall file the Motion regarding the standard of review, that plaintiff shall file an Opposition to that Motion, and that defendants shall file the Reply Brief, if necessary.

Date: January 15, 2009            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:     /s/ Charan M. Higbee
        ADRIENNE C. PUBLICOVER
        CHARAN M. HIGBEE
        Attorneys for Defendants TEMPLE-INLAND GROUP
        DISABILITY PLAN and LIFE INSURANCE COMPANY
        OF NORTH AMERICA

---

2

**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS, ETC. AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-03478 MHP
413540.1

1  | Date: January 15, 2009        THE LAW OFFICE OF STEVEN M. CHABRE

              By:     /s/ Steven M. Chabre
                     STEVEN M. CHABRE
                     Attorney for Plaintiff MYRNA JOHNSON

## ORDER

**PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

The deadline to complete the ADR process in this case is extended to February 27, 2009.

The briefing schedule regarding the Standard of Review shall be continued as follows:

Motion to be filed on March 9, 2009;

Opposition to be filed on March 23, 2009;

Reply Brief to be filed on March 30, 2009;

The Hearing is set for April 13, 2009 at 2:00 p.m. in Courtroom 15 of the Court.

Date: 1/16/2009          By: _____
                             Honorable Marilyn H. Patel
                             United States District C...

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

---

3
**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS, ETC. AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-03478 MHP
413540.1

# CERTIFICATE OF SERVICE
*Myrna Johnson v. Temple-Inland Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-03478 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS AND TO EXTEND BRIEFING SCHEDULE RE STANDARD OF REVIEW; AND [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ _____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:    (510) 749-0466

*Attorneys for Plaintiff*
*MYRNA JOHNSON*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 15, 2009** at San Francisco, California.

_____
Al Garcia

**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS, ETC.  AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-03478 MHP
413540.1