1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370

5  Attorneys for Defendants
   TEMPLE-INLAND GROUP DISABILITY
6  PLAN and LIFE INSURANCE COMPANY
   OF NORTH AMERICA
7

8  STEVEN M. CHABRE (SBN 173271)
   THE LAW OFFICE OF STEVEN M. CHABRE
9  1335 Park Avenue
   Alameda, CA 94501
10 Tel: (510) 749-1440 / Fax: (510) 749-0466

11 Attorney for Plaintiff
   MYRNA JOHNSON
12

13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17 MYRNA JOHNSON,                    ) Case No.:    CV08-03478 MHP
                                     )
18         Plaintiff,                ) **STIPULATION OF DISMISSAL WITH**
                                     ) **PREJUDICE AND [PROPOSED] ORDER**
19     v.                            ) **THEREON**
                                     )
20 TEMPLE-INLAND LONG TERM           )
   DISABILITY PLAN and LIFE INSURANCE)
21 COMPANY OF NORTH AMERICA,         ) Courtroom:   15
                                     ) Floor:       18
22         Defendants.               ) Judge:       Honorable Marilyn H. Patel
                                     )
23 _____

24     **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Myrna

25 Johnson and defendants Temple-Inland Group Disability Plan (sued herein as Temple-Inland Long

26 Term Disability Plan) and Life Insurance Company of North America, acting through their attorneys

27 ─────────────────────────────── 1 ───────────────────────────────
   **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
28 USDC NDCA Case #CV08-03478 MHP
   420441.1

1  of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with
2  prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs
3  and attorneys' fees.

4

5  Date: March 10, 2009                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
6

7
                                           By:   /s/ Charan M. Higbee
8                                                ADRIENNE C. PUBLICOVER
                                                 CHARAN M. HIGBEE
9                                                Attorneys for Defendants
                                                 TEMPLE-INLAND GROUP DISABILITY PLAN
10                                               and LIFE INSURANCE COMPANY OF NORTH
                                                 AMERICA
11

12
    Date: March 10, 2009                    THE LAW OFFICE OF STEVEN M. CHABRE
13

14
                                            By:   /s/ Steven M. Chabre
15                                                STEVEN M. CHABRE
                                                  Attorney for Plaintiff
16                                                MYRNA JOHNSON

17

18
                                            **ORDER**
19
        The parties having stipulated that the above-entitled action, and all claims for relief therein,
20
    shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party
21
    to bear its own costs and attorneys' fees,
22
        **IT IS SO ORDERED.**
23

24

25  Date: 3/11/2009                         By: _____
                                                HONORABLE [signature: Judge Marilyn H. Patel]
26                                              UNITED STATES DISTRICT JUDGE

27                                                               2
    **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
28  USDC NDCA Case #CV08-03478 MHP
    420441.1

*[Stamp: IT IS SO ORDERED / United States District Court / Northern District of California / Judge Marilyn H. Patel]*

# CERTIFICATE OF SERVICE
*Myrna Johnson v. Temple-Inland Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-03478 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ _____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
Tel:   (510) 749-1440
Fax:   (510) 749-0466

*Attorneys for Plaintiff*
**MYRNA JOHNSON**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **March 10, 2009** at San Francisco, California.

_____
Nancy L.